[No. 14775-4-III.   Division Three.   March 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EUGENE LIBBY, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 94-1-00161-6, Carol A. Wardell, J., entered March 23, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 14970-6-III.   Division Three.   March 6, 1997.]

RODNEY REEVES, ET AL., *Respondents*, v. RAUL MENDOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 93-2-00095-8, John M. Lyden, J., entered June 5, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 15009-7-III.   Division Three.   March 6, 1997.]

*In the Matter of the Marriage of* DEBRA M. BARLOW, *Appellant, and* RICHARD L. BARLOW, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-3-01927-1, Joseph Valente, J. Pro Tem., entered June 8, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 15125-5-III.   Division Three.   March 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL ERNEST COVER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-00333-1, Thomas E. Merryman, J., entered August 11, 1995. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kurtz, J.